1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29

E-FILED 05/14/12
CLOSED

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE MICHELLE ADAMS, individually and of behalf of the General Public,<br><br>                    Plaintiffs,<br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, a Nationally Chartered Bank, as Trustee for Master Asset Backed Securities Trust 2007-HE2, AMERICAN HOME MORTGAGE SERVICING, INC., a Delaware Corporation, DEFAULT RESOLUTION NETWORK, a Delaware Corporation, POWER DEFAULT SERVICES, INC., a Delaware Corporation and DOES 1 THROUGH 500, inclusive,<br><br>                    Defendants. | Case No.: CV12-00979-PSG-JCGx<br><br>*Assigned to the Honorable Philip S. Gutierrez*<br><br>[~~PROPOSED~~] **JUDGMENT OF DISMISSAL OF DEFENDANTS AMERICAN HOME MORTGAGE SERVICING, INC.; POWER DEFAULT SERVICES, INC.; and U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST 2007-HE2** |

-1-
[PROPOSED] JUDGMENT OF DISMISSAL

On May 1, 2012, this Honorable Court granted, with prejudice, Defendants AMERICAN HOME MORTGAGE SERVICING, INC.; POWER DEFAULT SERVICES, INC.; and U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST 2007-HE2's Motion to Dismiss Plaintiff YVETTE ADAMS' entire Complaint.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that a Judgment of Dismissal With Prejudice is entered in favor of Defendants AMERICAN HOME MORTGAGE SERVICING, INC.; POWER DEFAULT SERVICES, INC.; and U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST 2007-HE2, and against Plaintiff YVETTE ADAMS.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Date: 05/14/12

**PHILIP S. GUTIERREZ**
Honorable U.S. District Court Judge

# PROOF OF SERVICE

I, Kim Walsh, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On May 10, 2012, I served the within **NOTICE OF LODGING JUDGMENT OF DISMISSAL OF DEFENDANTS AMERICAN HOME MORTGAGE SERVICING, INC.; POWER DEFAULT SERVICES, INC.; and U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST 2007-HE2** on all interested parties in this action as follows:

[X]　by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

EDWARD S. ORCHON, Esq.
LAW OFFICE OF EDWARD S. ORCHON
P.O. BOX 802221
SANTA CLARITA, CA 91380
Tel (661) 430-0292
Email: orchonlaw@aol.com

[ X ]　BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ X ]　(CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(b)(2)(E). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 | [ ] | (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original Proof of Service. |
| 6 | [ ] | (BY OVERNITE EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Overnite Express with the delivery fees provided for. |
| 9 | [X] | (FEDERAL) I declare under penalty of perjury under the laws of the UNITED STATES that the foregoing is true and correct. |

Executed on May 10, 2012, at Newport Beach, California.

_Kim Walsh_
Kim Walsh